*Prince Frederick* vs. *Ufro Sarah,* 1743

Minutes of the Ufro Sarah.  Viz[t]

COLONY OF RHODE IS. ETC.    Examination of Sundry persons Viz[t]

1. Adam Beckman  2. Silvaney Depew.  3. Joseph Walker.
4. Tho[s] Griffeth.  5. Dan[ll] Servah sworn Dutch Interpreter.
6. Winard Zoandyk Evid[ce]  7. Colony of Rhode Island etc.

At a Court of Vice Adm[y] held at Newport in the County of Newport in the Colony afores[d], on the 30th day of Aug[st] A: D. 1743.